UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DEMOND MACK (#335897)

VERSUS

JERRY GOODWIN, WARDEN

CIVIL ACTION

NO. 13-320-JJB-RLB

RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated April 7, 2014 (doc. no. 4) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the petitioner's claims are DISMISSED, without prejudice, for failure to exhaust state court remedies. Further, in the event that the petitioner seeks to pursue an appeal in this case, a certificate of appealability is DENIED.

Baton Rouge, Louisiana, this 28th day of April, 2014.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA